IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SETH ALLEN RODGERS,           ) | |
|                              ) | |
|     Plaintiff,        ) | |
|                              ) | CIVIL ACTION NO. |
|    v.                 ) | 2:24cv632-MHT |
|                              ) | (WO) |
| DR. SIDDIQ/YESCARE,        ) | |
| and WARDEN DAVID           ) | |
| LAMAR/A.D.O.C.,            ) | |
|                              ) | |
|     Defendants.       ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a prisoner incarcerated at Bullock Correctional Facility, filed this lawsuit. He complains that a specialist physician recommended in 2020 that he undergo surgery to remove his colostomy bag, but defendants have not arranged for him to receive the surgery; that defendants have failed to provide him with the medical supplies he needs to care for his colostomy; and that he is confined 24 hours per day to a dorm with no ventilation in which prisoners are smoking cigarettes and illegal drugs and engaging in violence. This lawsuit is now before the

court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute, specifically, by failing to follow an order to pay an initial partial filing fee.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of January, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**